CONSOLIDATED CONSTRUCTION GROUP, LLC, Appellant, v BETHPAGE UNION FREE SCHOOL DISTRICT, Respondent.

Submitted October 9, 2007; decided November 20, 2007

Reported below, 39 AD3d 792.

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.